UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CARLOS IRIARTE,

    Plaintiff,

vs.

EDITION MANAGEMENT LLC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, EDITION MANAGEMENT LLC. ("Defendant"), by and through its undersigned counsel, hereby gives notice that the civil action identified as *Carlos Iriarte v. Edition Management LLC, Case No. 2019-010712-CA-01*, currently pending in state court in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida ("Eleventh Judicial Circuit"), is removed to this Court without waiving any rights to which Defendant may be entitled, and states:

**I.   REMOVAL IS TIMELY**

1. On or about April 16, 2019, Plaintiff commenced this action against Defendant in the Eleventh Judicial Circuit. On May 1, 2019, Defendant's registered agent received, through service, a copy of the initial pleading setting forth the claim for relief upon which this action is based. *See* Return of Service, attached hereto as Exhibit "A."

2. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendant received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

1

**II.   REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER**

3.     Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in his Complaint. *See* Plaintiff's Complaint, attached hereto as Exhibit "B."  Plaintiff has pled that Defendant: (i) discriminated against him on the basis of his age, in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C § 621-634 ("ADEA"); and (ii) retaliated against him under the ADEA.  Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

**III.   THE COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S REMAINING CLAIM**

4.     Plaintiff's remaining allegations of age discrimination and retaliation brought under the Florida Civil Rights Act of 1992, § 760, *et seq.,* Florida Statutes ("FCRA"), are so related to the claims in this action within the original jurisdiction of this Court that they form part of the same case or controversy, namely; Plaintiff's employment with Defendant, and the allegations of discrimination and retaliation by Plaintiff against Defendant.  Accordingly, pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction of Plaintiff's state law claims.

**IV.   REMOVAL TO THE SOUTHERN DISTRICT OF FLORIDA IS PROPER**

5.     Pursuant to 28 U.S.C. §1446(a), the United Stated District Court for the Southern District of Florida, Miami Division ("Southern District of Florida") is the judicial district and division embracing the Eleventh Judicial Circuit, where this case was brought and is pending, and is therefore the proper district court and division to which this case must be removed.

**V.   ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET**

6.     Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders that have to date been served upon Defendant are attached hereto as Exhibit "C."

7. There are no motions currently pending in this action in the Eleventh Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

8. Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal will be served upon the following counsel for Plaintiff via email: Rainier Regueiro, Esq., REMER & GEORGES-PIERRE, PLLC, 319 Clematis Street, Suite 606, West Palm Beach, FL 33401, rregueiro@rgpattorneys.com.

9. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendant's Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Eleventh Judicial Circuit. *See* Notice of Removed Action, attached as Exhibit "D."

WHEREFORE, Defendant respectfully gives notice of the removal of this action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Respectfully submitted this 31st of May, 2019,

        **FORDHARRISON LLP**

        */s/Fabian A. Ruiz*
        Dawn Siler-Nixon, Esq.
        Florida Bar No. 993360
        dsiler-nixon@fordharrison.com
        101 E Kennedy Blvd, Suite 900
        Tampa, FL 33602-5133
        Telephone: 813-261-7834
        Fax: 813-261-7899

        Fabian A. Ruiz, Esq.
        Florida Bar No. 117928
        fruiz@fordharrison.com
        One S.E. 3rd Avenue, Suite 2130
        Miami, FL 33131
        Telephone: (305) 808-2115
        Facsimile: (305) 808-2101
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on May 31, 2019, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Rainier Regueiro, Esq.
rregueiro@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone: 305-416-5005
Fax: 561-225-1970

**FORDHARRISON LLP**

*/s/ Fabian A. Ruiz*
Fabian A. Ruiz

WSACTIVELLP:10538062.1
5/15/19